# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Mark Weihl,

      Plaintiff,

v.

Guardian Life Insurance Company,
*et al.*,

      Defendants.

Case No. 2:21-cv-732

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

Plaintiff and Defendants both move for judgment on the administrative record in this ERISA case.  ECF Nos. 21 & 37.  However, the administrative record contains several redacted pages.  *See, e.g.*, Record 427–88, ECF No. 35. The parties have already been granted leave to file the administrative record under seal, so there is no need to redact the record.  Accordingly, the parties are **ORDERED** to file an unredacted version of the administrative record under seal **within fourteen days**.  In the alternative, if the redacted version contains all the information the Court needs to evaluate Plaintiff's claims, the parties may file a joint notice to that effect **within fourteen days**.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT